IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIKA Y. BONILLA,

    Plaintiff,

vs.                                        No. CIV 12-0657 JB/KBM

ERIC H. HOLDER, ATTORNEY
GENERAL, UNITED STATES
DEPARTMENT OF JUSTICE,

    Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed August 5, 2014 (Doc. 63). All parties have stipulated to dismissal of the case with prejudice. Because the Stipulation of Dismissal disposes of all claims and parties before the Court, the Court now enters final judgment.

**IT IS ORDERED** that Plaintiff Erika Y. Bonilla's claims and case against Defendant Eric H. Holder, Attorney General, United States Department of Justice, are dismissed with prejudice, and final judgment is entered.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Monnica Lynn Garcia
Law Office of Monnica L. Garcia, LLC
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Damon P. Martinez
  United States Attorney
Roberto D. Ortega
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*